IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-03116-WJM-MJW

ABDUL KARIM HASSAN,

Plaintiff(s),

v.

THE STATE OF COLORADO, and
SCOTT GESSLER, In his official capacity as Secretary of State
of the State of Colorado,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Participate by Telephone (docket no. 17) is DENIED.  **Plaintiff shall be present, in person**, at the Rule 16 Scheduling Conference before Magistrate Judge Watanabe on February 21, 2012, at 10:30 a.m. MST., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.   Plaintiff is reminded that he must have valid photo identification, such as, a valid driver's license or passport on his person in order to enter the Arraj U.S. Courthouse on February 21, 2012.

Date:  February 14, 2012