UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-cv-03116-WJM-MJW

ABDUL KARIM HASSAN,

    Plaintiff,

v.

THE STATE OF COLORADO, and SCOTT GESSLER, in his official capacity as Secretary of State of the State of Colorado,

    Defendants.

**STIPULATED MOTION TO INCORPORATE LIST OF STIPULATED FACTS INTO MOTION FOR SUMMARY JUDGMENT**

In accordance with the Court's minute order of April 23, 2012 [Doc. 26], which directed the parties to agree to undisputed facts for the purposes of converting the Defendants' Motion to Dismiss [Doc. 8] into a motion for summary judgment, the parties respectfully request that the Court accept the following list of stipulated facts for the purposes of deciding that motion in favor of either party:

1) Plaintiff is a 2012 candidate for the Presidency of the United States.

2) Plaintiff is over the age of 35 years.

3) Plaintiff is a naturalized American citizen.

4) Plaintiff has been a resident of the United States for more than fourteen years.

5) Plaintiff is not a natural-born citizen of the United States.

6) With the exception of the "natural-born citizen" requirement, Plaintiff satisfies all of the constitutional requirements for holding the Office of the President of the United States.

7) Colorado Secretary of State Scott Gessler ("the Secretary") is the chief elections officer for the State of Colorado.

8) The Secretary is responsible for ensuring the qualifications of candidates for statewide and federal elections.

9) Plaintiff contacted the Secretary to inquire about Plaintiff's eligibility for the presidential ballot in Colorado.

10) The Secretary responded in the letter attached to the Complaint (Doc. 1) as Exhibit 1.

11) In pertinent part, the letter stated that access to the Presidential ballot in Colorado requires a prospective candidate to file a candidate statement of intent.

12) The letter also stated that any individual "who affirmatively discloses that he or she does not meet the constitutional qualifications for the office, will not be placed on the ballot in Colorado."

13) Among other things, the Candidate Statement of Intent requires the prospective candidate to affirm his eligibility for office under penalty of perjury.

14) The Secretary will not place a prospective candidate on the presidential ballot unless that prospective candidate submits the Candidate Statement of Intent.

15) Plaintiff has not submitted a Candidate Statement of Intent to the Secretary because he is unable to affirm that he meets the natural-born citizen requirement of Article II, Section 5.

16) Plaintiff has not identified presidential electors for the 2012 general election.

Respectfully submitted this 27th day of April, 2012.

JOHN W. SUTHERS
Attorney General

s/ Matthew D. Grove
_____
MATTHEW D. GROVE, 34269*
Assistant Attorney General
Public Officials Unit
State Services Section
Attorneys for Defendants

1525 Sherman Street, 7th Floor
Denver, Colorado  80203
Telephone:  303-866-5264
FAX:  303 866-5671
E-Mail:  matthew.grove@state.co.us
*Counsel of Record

Abdul Karim Hassan, Esq.
Plaintiff, Pro se

*(signature)*

Abdul Karim Hassan, Esq.
215-28 Hillside Avenue
Queens Village, New York 11427
Tel: 718-740-1000
Fax: 718-468-3894
Email: abdul@abdulhassan.com

3