UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-cv-03116-WJM-MJW

ABDUL KARIM HASSAN,

    Plaintiff,

v.

THE STATE OF COLORADO, and SCOTT GESSLER, in his official capacity as Secretary of State of the State of Colorado,

    Defendants.

## ORDER ACCEPTING STIPULATED FACTS ( Docket No 29 )

Upon receipt of the Parties' joint motion to file stipulated facts for the Court's use in deciding the motion to dismiss, which has now been converted into a motion for summary judgment, and being fully advised in the premises, the Court hereby GRANTS the motion. The stipulated facts submitted by the parties are deemed admitted for the purposes of deciding the motion for summary judgment in favor of either party.

Dated 30th Day of April 2012

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1